# United States District Court
## Violation Notice

**CVB Location Code:** OR25

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F01H0044 | Young | 2441 |

F01H0044

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 12/12/2022 17:28 | FED 36 CFR 261.10E |

**Place of Offense:** FS 17 SPUR 111 LINCOLN CO, OR

**Offense Description: Factual Basis for Charge**
(E) ABANDONING ANY PERSONAL PROPERTY. (VEHICLE)

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| MUNSON | SAMANTHA | R |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|

### VEHICLE

VIN:     CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| C64623V | WA | 2011 | FORD/ | ☐ | BLU |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 400.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 430.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US Court House, 1000 SW 3rd Ave. Portland, OR, 97204

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

F01H0044

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  12/12/2022  while exercising my duties as a law enforcement officer in the _____  District of  OR

Pursuant to 16USC 551: I, Allen G. Young, United States Forest Service Law Enforcement Officer badge# 2441 state that while exercising my duties as a Law Enforcement Officer on the Siuslaw National Forest in the District of Oregon observed the following: On 11/28/2022 at approximately 1520, I located an abandoned 2011 Ford Ranger (WA# C64623V) at the end of Forest Service Road 17 spur 111. The vehicle was registered to a Samantha MUNSON. On 12/12/2022 at approximately 1710, I contacted Ms. MUNSON at her place of employment Burger King, 710 Hwy 101, Lincoln City, OR. Ms. MUNSON stated on or around 10/17/2022 her and her friend were driving on the forest when they went around a corner too fast and the vehicle "flopped over by two trees on a corner." I informed Ms. MUNSON of her vehicle's current location, showed her it's location on a map, showed a photograph of the vehicle's condition, and provided directions to the vehicle's location. Ms. MUNSON stated she would either have the vehicle scrapped or removed from the National Forest. Due to MUSON abandoning her vehicle I issued a violation notice for 36 CFR 261.10(e): Occupancy and use – Abandoning any personal property (VEHICLE). I then provided a United States District Court violation notice options form and departed the scene.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/12/2022
Date (mm/dd/yyyy)       Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident